United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JANETH M. ROMERO,<br><br>Defendant. | Case No. 20-cv-05806-JD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 4 |

The Court has reviewed Magistrate Judge Thomas Hixson's report and recommendation for this case to be remanded to Alameda County Superior Court. Dkt. No. 4. The report and recommendation was filed on August 20, 2020. No objections have been filed in response to the report, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b).

The Court adopts the well-reasoned report, and finds that the case was removed improvidently and without jurisdiction. It is remanded to the California Superior Court pursuant to 28 U.S.C. Section 1447(c).

**IT IS SO ORDERED.**

Dated: September 18, 2020

JAMES DONATO
United States District Judge